UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD DOWNES,

                Plaintiff,

         -against-

JOHN E. POTTER, Postmaster General,

                Defendant.
-------------------------------------------------------------X

**ORDER**
CV 04-3876 (LDW)(ARL)

**LINDSAY, Magistrate Judge:**

       By letter dated January 13, 2006, the plaintiff requests an extension of the discovery deadline, on consent of the defendant. The court notes that the request was made on the same day that discovery was to be completed and should be denied on that basis alone. This is also the third request for an extension of the discovery deadline. However, the undersigned will extend the discovery deadline one final time to February 10, 2006. Any party planning on making a dispositive motion shall take the first step in the motion process by February 24, 2006. The final conference scheduled for February 8, 2006, is adjourned to March 1, 2006, at 11:00 a.m. The parties are directed to electronically file the joint pretrial order prior to the final conference. This case will be marked ready for trial by the undersigned at the March 1, 2006 conference.


Dated: Central Islip, New York
      January 20, 2006

**SO ORDERED:**


_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge